IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD JACKSON,
    Plaintiff,

vs.                                     CASE NO.: 3:09cv270/LAC/MD

WILBUR MARTIN, et al.,
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 27, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's excessive force claims asserted against defendants Martin and Enfinger under the Eighth, Fourth, and Fourteenth Amendments are DISMISSED WITH PREJUDICE as barred by the statute of limitations.

3. All of plaintiff's claims against defendant Eddins are DISMISSED WITH PREJUDICE on grounds of prosecutorial immunity.

4. Plaintiff's compensatory and punitive damages claims based on the alleged malicious prosecution are DISMISSED WITHOUT PREJUDICE as barred under 42 U.S.C. § 1997e(e).

5. Plaintiff's claims for injunctive relief are DISMISSED.

6. The matter is referred to the magistrate judge for further proceedings (including the filing of an amended complaint) on plaintiff's malicious prosecution claims against defendants Martin, Enfinger, Yaw and Smith, and plaintiff's deliberate indifference claims against defendants Yaw and Smith.

**DONE AND ORDERED** this 2nd day of December, 2009.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**