IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD JACKSON,
    Plaintiff,

vs.                                    CASE NO. 3:09cv270/LAC/MD

WILBUR MARTIN, et al.,
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 31, 2011. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendants' motion to dismiss (doc. 36) is GRANTED and plaintiff's second amended complaint (doc. 18) is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. All other pending motions are DENIED AS MOOT.

4. Judgment is entered in accordance with this court's December 2, 2009 order (doc. 11) and the order adopting that Report and Recommendation.

**5.** The clerk is directed to close the file.

**DONE AND ORDERED this 3rd day of March, 2011.**

                                                s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**